NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WASH WORLD INC.,**
*Plaintiff-Appellant*

**v.**

**BELANGER INC.,**
*Defendant-Appellee*

**PISTON OPW INC., dba OPW Inc.,**
*Defendant*

---

2023-1841

---

Appeal from the United States District Court for the Eastern District of Wisconsin in No. 1:19-cv-01562-WCG, Chief Judge William C. Griesbach.

-------------------------------------------------

**WASH WORLD INC.,**
*Plaintiff-Appellee*

**v.**

**BELANGER INC.,**
*Defendant-Appellant*

**PISTON OPW INC., dba OPW Inc.,**
*Defendant*

————————————

2023-1915

————————————

Appeal from the United States District Court for the Eastern District of Wisconsin in No. 1:19-cv-01562-WCG, Chief Judge William C. Griesbach.

————————————

**ON MOTION**

————————————

**O R D E R**

Upon consideration of Belanger Inc.'s unopposed motion to voluntarily dismiss its cross appeal, Appeal No. 2023-1915,

IT IS ORDERED THAT:

(1)  The motion is granted. The revised official captions are reflected above, and Appeal No. 2023-1915 is dismissed with each party to bear its own costs relative to that appeal.

(2)  Wash World Inc.'s reply brief in Appeal No. 2023-1841 is due no later than 21 days from the date of entry of this order.

(3)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this case.

FOR THE COURT

September 13, 2023                    /s/ Jarrett B. Perlow
        Date                          Jarrett B. Perlow
                                      Clerk of Court

ISSUED AS A MANDATE (as to only Appeal No. 2023-1915): September 13, 2023